# PETTY OFFENSE MINUTE SHEET

**Case No.:** 2:06po273, 274
**Violation No(s).:** P0365388
**Date:** 10/18/06

**Defendant:** Cody Allen Evans  **Counsel:** Waived

PRESENT: Pamela Meade Sargent, U. S. Magistrate Judge   CD No. 1: 2:00-2:06; 2:17 - 2:20
Deputy Clerk:  E. Stokes
Court Reporter: E. Stokes, ECRO
AUSA:  Jennifer Bockhorst
Ranger:  Mike Ausmus, CNP
USPO:  Tom O'Neill

(x) Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
(x) Defendant waives counsel; advises court wishes to proceed today without counsel.

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOL0 | REMARKS |
|---|---|---|---|---|
| 2:06po273 | x | | | PA |
| 2:06po274 | | | | Gov't. moves to dismiss; granted by court. |

(x) Deft. sworn and questioned and advised of rights on plea of guilty. Government proffers evidence to support plea and rests.

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 2:06po273 | x | | | $104 F, $10 SA, $25 PF - payment in full today |
| 2:06po274 | | | x | |